RECEIVED
IN LAKE CHARLES, LA

NOV 16 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PHILLIP PAPILLION, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF HIS MINOR CHILDREN, PHILLIP AND ISAIAH PAPILLION, AND JULISE PAPILLION, INDIVIDUALLY | : : : : : : | CIVIL ACTION NO. 2:05CV1684 |
| | : | JUDGE MINALDI |
| VERSUS | : : | MAG. JUDGE WILSON |
| IPC INTERNATIONAL CORPORATION, AND SIMON PROPERTY GROUP, INC. | : : : | |

## JUDGMENT

This matter came for trial on the 23rd day of October, 2006. Evidence was adduced and considering defendants' Motion for Judgment as a Matter of Law under Federal Rules of Civil Procedure 50 made at the close of plaintiffs' evidence, the Court finding the law and facts to be in favor of defendants, for the reasons orally assigned, the defendants' Motion is granted, and;

IT IS ORDERED, ADJUDGED AND DECREED that the demands of plaintiffs, PHILLIP PAPPILLION, individually and as the administrator of the estate of his minor children, PHILLIP PAPILLION and ISAIAH PAPILLION, and JULISE PAPILLION, individually against IPC INTERNATIONAL CORPORATION and SIMON PROPERTY GROUP, INC., are hereby dismissed with prejudice at plaintiffs' costs.

JUDGMENT RENDERED in Open Court on the 23rd day of October, 2006.

JUDGMENT READ AND SIGNED on this 16th day of November, 2006 at Lake Charles, Louisiana.

_____
HON. ALONZO P. WILSON
MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED:

**FROHN & THIBODEAUX, LLC**

BY: _____
**TERRY THIBODEAUX**, Bar No. 12736
One Lakeshore Drive, Suite 1220
P. O. Box 2090
Lake Charles, LA 70602-2090
Telephone: (337) 433-5523
Facsimile: (337) 433-9925

Counsel for **IPC International Corporation** and **Simon Property Group, Inc.**